FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| PT. ZINUS GLOBAL INDONESIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | SUMMONS |
| UNITED STATES, | ) | Court No.  24-00004 |
| Defendant. | ) | |

**TO:** The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiffs</u>:  PT. Zinus Global Indonesia ("Zinus" or "Zinus Indonesia") participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that is contested here.  Zinus is a foreign producer and/or exporter of the subject merchandise, mattresses from Indonesia.  Therefore, plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Accordingly, Zinus has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>:  Plaintiff contests certain aspects of Commerce's final results in the antidumping duty administrative review regarding Mattresses from Indonesia.  *See Mattresses from Indonesia: Final Results of Antidumping Duty Administrative Review; 2020-2022*, 88 Fed. Reg. 85,240 (Dept. Comm., Dec.  7, 2023) ("*Final Results*").

   This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the *Antidumping Duty Order*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and Rule 6(a)(1) of the Court.

3.    <u>Date of Determination</u>:  Commerce issued its final results on December 1, 2023 and published its *Final Results* on December 7, 2023.

Respectfully submitted by:

J. David Park
Lynn M. Fischer Fox
Henry D. Almond
Kang Woo Lee
Gina M. Colarusso
Archana Rao P. Vasa

*Counsel to PT. Zinus Global Indonesia Plaintiff*

Rick Johnson

*Consultant to PT. Zinus Global Indonesia*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Phone: (202) 942-5646
Fax: (202) 942-5999
E-mail:  david.park@apks.com

/s/ J. David Park
Signature of Plaintiff's Attorney

January 8, 2024
Date

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
U.S. Department of Justice
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza
New York, NY 10278-0001

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, J. David Park, hereby certify that on June 10, 2021, I caused the foregoing Summons, Form 5, Form 13, Form 17, and Complaint to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

**On Behalf of Brooklyn Bedding, et al.**:
Yohai Baisburd, Esq.
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
ybaisburd@cassidylevy.com

**On Behalf of PT ECOS JAYA INDONESIA**:
Andrew T. Schutz, Esq.
Grunfeld, Desiderio, Lebowitz,
Silverman & Klestadt LLP
1201 New York Avenue, NW, Suite 650
Washington, D.C. 20005
aschutz@gdlsk.com

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP

**CERTIFICATE OF SERVICE**

I, J. David Park, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on January 8, 2024, I caused copies of the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested:

**Upon the United States:**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

**Upon the Department of Commerce:**

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitutional Ave., NW
Washington DC 20230

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP