# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| **PT. ZINUS GLOBAL INDONESIA,** | ) |
| Plaintiff, | ) |
| v. | ) Court No: 24-00004 |
| **UNITED STATES,** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff PT. Zinus Global Indonesia, pursuant to Rule 56.2(g) and 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses the above captioned action.

Respectfully submitted,

/s/ J. David Park
J. David Park
Lynn M. Fischer Fox
Henry D. Almond
Kang Woo Lee
Gina M. Colarusso
Archana Rao P. Vasa

ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: (202) 942-5601

*Counsel to PT. Zinus Global Indonesia*
*Plaintiff*

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br><br>DAVID RICHARDSON<br>Senior Counsel<br>Office of the Chief Counsel for<br>Enforcement and Compliance<br>U.S. Department of Commerce | /s/ Kara M. Westercamp<br>KARA M. WESTERCAMP<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7571<br>Email: kara.m.westercamp@usdoj.gov |
| March 14, 2024 | *Attorneys for Defendant* |

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| **PT. ZINUS GLOBAL INDONESIA,** | ) |
| Plaintiff, | ) |
| v. | ) Court No: 24-00004 |
| **UNITED STATES,** | ) |
| Defendant. | ) |

## Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Clerk, U.S. Court of International Trade

By: _____
            Deputy Clerk

Dated: _____